CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC -5 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

In Re:

DELLINGER MOTOR CO. LLC         Civil Action Nos.    5:11mc00028
                                                                               5:11cv00101

         Debtor.

                                                                       Case No. 09-51130
CAREY W. BRINCEFIELD, et al.                   Adversary No. 10-05030

         Plaintiffs,
v.

JOHN G. LEAKE, CHAPTER 7 TRUSTEE

         Defendant.

## ORDER OF REFERENCE

        This matter is before the Court pursuant to a Report and Recommendation of United States Magistrate Judge James G. Welsh following mediation proceedings held on October 27, 2011, reporting that the parties have settled this matter upon mutually agreeable terms.

        By Order dated October 13, 2011 the Court withdrew the reference of this matter from the United States Bankruptcy Court to allow the mediation to proceed before the United States Magistrate Judge.

        As certain provisions of the Settlement Agreement reached by the parties require further supervision by the United States Bankruptcy Court, these matters are stricken from the docket of

the District Court and again referred to the United States Bankruptcy Court for approval and implementation of the Settlement Agreement.

The Clerk of Court hereby is directed to send a certified copy of this Order of Reference to all counsel of record.

Entered this 2d day of DECEMBER, 2011

_____
Chief United States District Judge

We Ask For This:

/s/ Jacob T. Penrod
Jacob T. Penrod, Esquire
Counsel for John G. Leake, Trustee


/s/ Thomas D. Logie, by Jacob T. Penrod with authority
Thomas D. Logie, Esquire
Counsel for Carey W. Brincefield
Brincefield Group, LLC, and
Carey W. Brincefield Family Limited Partnership